B 1 (Official Form) 1 (1/08)

| United States Bankruptcy Court<br>**DISTRICT OF DELAWARE** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Spheris Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Spheris Holdings, LLC, Spheris Holding Inc. and Total eMed, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>62-1805254 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>9009 Carothers Parkway, Suite C-3<br>Franklin, TN       ZIP CODE 37067 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A      ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Williamson County | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>See Attachment A      ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check Box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>--------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

*Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☒ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

*Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

*Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

*All financial information contained herein is reported on a consolidated basis with the Debtor's affiliates, on a GAAP book basis, for the period ending September 30, 2009.

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Spheris Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: N/A | Case Number: N/A | Date Filed: N/A |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor See Attachment A | Case Number: Pending | Date Filed: Date Hereof |
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) See Attachment A | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a party of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** <br> Spheris Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 112 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Robert S. Brady
Matthew B. Lunn
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801-1037
(302) 571-6600

2/3/2010
Date

X _____
Signature of Attorney for Debtor(s)

Michael J. Kelly
Shaunna D. Jones
Elizabeth K. Horowitz
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

2/3/2010
Date

*In a case which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Robert L. Butler
Printed Name of Authorized Individual
Chief Restructuring Officer
Title of Authorized Individual
February 3, 2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# ATTACHMENT A TO VOLUNTARY PETITION

## 1. Pending Bankruptcy Cases Filed by Affiliates of the Debtor

Concurrently herewith, each of the affiliated entities listed below (collectively, the "Affiliated Debtors") filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their voluntary petitions, the Debtor, together with the Affiliated Debtors, filed a motion requesting that this Court consolidate their chapter 11 cases for administrative purposes only.

The Affiliated Debtors are the following entities:

    Spheris Canada Inc.
    Spheris Holding II, Inc.
    Spheris Leasing LLC
    Spheris Operations LLC
    Vianeta Communications

## 2. Locations of Principal Assets of the Affiliated Debtors

9009 Carothers Parkway, Suite C-3,
Franklin, TN 37067

21670 Ridgetop Cir., Suite 100,
Sterling, VA 20166

## 3. Exhibit A

As of January 1, 2007, Spheris Inc. was not obligated to file periodic reports with the Securities and Exchange Commission. As of such date, Spheris Inc. was a voluntary filer. However, on November 16, 2009, Spheris Inc. filed a Certification and Notice of Termination of Registration Under Section 12(g) of the Securities Exchange Act of 1934 or Suspension of Duty to File Reports Under Sections 13 and 15(d) of the Securities Exchange Act of 1934 and thereafter ceased filing periodic reports.

# SECRETARY'S CERTIFICATE OF RESOLUTIONS OF THE BOARD OF DIRECTORS
of each entity set forth on Schedule I attached hereto

I, Russell G. Adkins, the undersigned Secretary of each entity listed on Schedule I hereto (each entity, a "Company") hereby certify, in my capacity as Secretary of each respective entity, that, on February 2, 2010, the following resolutions were duly adopted in accordance with the requirements of applicable law by the applicable Board of Directors, Sole Member, Sole Manager or equivalent body, as the case may be (collectively, the "Board"), and recorded in the minute book of the Company, and that they have not been amended, modified or rescinded and, accordingly, are in full force and effect.

WHEREAS, as a result of the financial condition of the Company, the Board has engaged counsel, financial advisors, restructuring advisors, and tax advisors to provide advice to the Company regarding its obligations to its creditors, equity holders, employees, and other interested parties;

WHEREAS, the Board has evaluated the Company's alternatives in connection with a possible restructuring and has determined that the filing of a voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), is advisable and in the best interests of the Company;

NOW, THEREFORE, upon motion duly made and seconded, the Board unanimously approves and adopts the following resolutions:

RESOLVED, that the Company shall be, and hereby is, authorized and empowered to (i) file a petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware or such other court one or more of the Designated Officers (as defined below) of the Company determine to be appropriate (the "Bankruptcy Court"), and (ii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

FURTHER RESOLVED, that the Chief Restructuring Officer, the Chief Financial Officer, the Chief Operating Officer, and the Secretary of the Company, including Robert L. Butler, Brian P. Callahan, Anthony James, and Russell G. Adkins (each a "Designated Officer" and collectively, the "Designated Officers") shall be, and each of them acting singly hereby is, authorized,

empowered, and directed on behalf of, and in the name of, the Company to: (i) execute and verify the Petition and all other ancillary documents, cause the Petition to be filed with the Bankruptcy Court, and make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as any such Designated Officer, in such officer's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions, such approval to be conclusively established by the execution thereof by such Designated Officer; (ii) execute, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) execute and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case (the "Chapter 11 Case") in such form or forms as any such Designated Officer may approve;

FURTHER RESOLVED, that all prior actions of the Company and its officers in connection with the transactions contemplated by the foregoing resolutions and the documents referenced therein be, and each of them hereby is, approved and ratified in all respects;

FURTHER RESOLVED, that each of the Designated Officers shall be, and each hereby is, authorized, empowered, and directed on behalf of, and in the name of, the Company to retain Willkie Farr & Gallagher LLP ("WF&G"), located at 787 Seventh Avenue, New York, New York 10019, and Young Conaway Stargatt & Taylor, LLP ("YCS&T"), located at The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, and the law firms of WF&G and YCS&T shall be, and each hereby is, authorized, empowered, and directed to represent the Company as a debtor and debtor in possession, in connection with the Chapter 11 Case;

FURTHER RESOLVED, that each of the Designated Officers shall be, and each hereby is, authorized, empowered, and directed on behalf of, and in the name of, the Company to retain Jefferies & Company, Inc., located at 520 Madison Avenue, New York, New York 10022, as financial advisor for the Company in the Chapter 11 Case;

FURTHER RESOLVED, that professionals provided by Capstone Advisory Group, LLC, located at Park 80 West, Plaza I - Plaza Level, Saddlebrook, New Jersey 07663, will assist Robert L.

Butler, the Chief Restructuring Officer for the Company, in the Chapter 11 Case;

FURTHER RESOLVED, that each of the Designated Officers shall be, and each hereby is, authorized, empowered, and directed on behalf of, and in the name of, the Company to retain Deloitte Tax LLP, located at 191 Peachtree Street NE, Suite 1500, Atlanta, Georgia 30303, as tax advisor for the Company in the Chapter 11 Case;

FURTHER RESOLVED, that each of the Designated Officers shall be, and each hereby is, authorized, empowered, and directed on behalf of, and in the name of, the Company to retain such additional professionals, including, but not limited to, attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, or brokers, in each case as in such Designated Officer's judgment may be necessary in connection with the Chapter 11 Case and other related matters, on such terms as such officer or officers shall approve;

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, each of the Designated Officers of the Company or their designees shall be, and each hereby is, authorized, empowered, and directed on behalf of, and in the name of, the Company to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, amendments, and other documents, and to pay all expenses, including filing fees, in each case as in such Designated Officer's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

FURTHER RESOLVED, that the Board hereby ratifies, confirms, approves, and adopts all acts lawfully done or actions lawfully taken, or to be taken, by the Designated Officers, or any other employee, officer, or director of the Company, in connection with the implementation of the foregoing resolutions; and

FURTHER RESOLVED, that each secretary and any assistant secretary of the Company is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of such secretary or assistant secretary, a true copy of the foregoing resolutions.

By: _____
Name: Russell G. Adkins
Title: Secretary

## Schedule I to Secretary Certificate

SPHERIS HOLDING II, INC.
SPHERIS INC.
SPHERIS OPERATIONS LLC
VIANETA COMMUNICATIONS
SPHERIS LEASING LLC
SPHERIS CANADA INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re                                : Chapter 11
                                     :
Spheris Inc., et al.,                : Case No. 10-_____ (    )
                                     :
                    Debtors.         : Joint Administration Pending
----------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THE 30 LARGEST UNSECURED CLAIMS

Spheris Inc., a Delaware corporation, and certain of its direct and indirect affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"),[1] filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in this Court. This list of creditors holding the thirty (30) largest unsecured claims (the "Top 30 List") has been prepared on a consolidated basis, from the Debtors' books and records as of January 22, 2010.[2]

The Top 30 List was prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed, or subject to a setoff, or (b) the listing of any claim as unsecured, does not constitute an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor does it constitute a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Spheris Inc. (5254); (ii) Spheris Holding II, Inc. (7969); (iii) Spheris Canada Inc. (9757); (iv) Spheris Leasing LLC (4780); (v) Spheris Operations LLC (1371); and (vi) Vianeta Communications (1121). The Debtors' executive headquarters are located at 9009 Carothers Parkway, Suite C-3, Franklin, Tennessee 37067.

[2] The information herein shall not constitute an admission of liability by, nor is it binding on, any of the Debtors (defined herein).

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim as of 1/22/10[3] |
|---|---|---|---|---|
| Multimodal Technologies, Inc.<br>1710 Murray Avenue<br>Pittsburgh, PA 15217 | Laurie Hochberg<br>Ph. 412-422-2002, Ext. 0033<br>Fx. 412-578-0400 | Utility | | $358,588.77 |
| SunGuard<br>860 East Swedesford Road<br>Wayne, PA 19087 | Patricia Boujoukos<br>Ph. 610-225-1120<br>Fx. 610-768-4135 | Trade | Disputed | $283,188.00 |
| AT&T<br>55 Corporate Drive<br>Bridgewater, NJ 088807 | Customer Care<br>Ph. 800-235-7524<br>Fx. 502-762-0067 | Utility | | $177,909.65 |
| VHA Inc.<br>75 Remittance Drive, Suite 1855<br>Chicago, IL 60675 | Kaye Franklin, Portfolio Exc.<br>Ph. 972-830-0626<br>Fx. 972-830-0361 | GPO | | $161,255.00 |
| University HealthSystem Consortium<br>2001 Spring Road Oak<br>Brook, IL 60523 | Susan Wan, MPA<br>Ph. 630-954-1700<br>Fx. 630-954-4730 | GPO | | $112,484.00 |
| Sprint<br>210 Westwood Place, Suite 150<br>Brentwood, TN 37027 | Customer Service<br>Ph. 800-788-3500<br>Fx. N/A*[4] | Utility | | $88,286.36 |
| North Highland Company<br>100 Winners Circle, Suite 154<br>Brentwood, TN 37027 | Brian Simmons<br>Ph. 615-370-2790<br>Fx. N/A* | Trade | | $59,500.00 |
| Dell Marketing LP<br>One Dell Parkway<br>Nashville, TN 37217 | Jon Eaxton<br>Ph. 615-795-6013<br>Fx. 515-283-0323 | Trade | | $32,937.76 |
| White Thompson, LLC<br>P.O. Box 305172<br>Nashville, TN 37230 | Sherri Jones<br>Ph. 615-321-1013, Ext. 313<br>Fx. N/A* | Trade | | $30,407.86 |
| CIT Technology Financing Service, Inc.<br>Microsoft Financing Customer Service<br>P.O. Box 550599<br>Jacksonville, FL 32255 | Customer Service<br>Ph. 888-890-6833<br>Fx. 800-776-4665 | Trade | | $28,946.43 |
| Allscripts Healthcare Solutions, Inc.<br>2297 Payshere Circle<br>Chicago, IL 60674 | Kristie Nystedt<br>Ph. 919-329-1605<br>Fx. 919-844-4179 | GPO | | $26,350.00 |

---

[3] These claim amounts represent maximum potential liabilities. Any actual amounts owed may be significantly lower.

[4] The Debtors were unable to obtain fax numbers and working e-mail addresses for those creditors indicated with a *.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim as of 1/22/10[3] |
|---|---|---|---|---|
| Lightyear Network Solutions<br>1901 Eastpoint Parkway<br>Louisville, KY 40223 | Deb Unterreiner<br>Ph. 888-414-1536<br>Fx. 502-357-2669 | Utility | | $21,000.00 |
| Bhilwara Scribe Private Limited<br>194 Surya Towers, MP Nagar, Zone 1<br>Bhopal / Madhya Pradesh India | Arvind Poddar<br>Ph. +91 120 2540502<br>Fx. +91 120 2536784 | Trade | | $18,487.18 |
| Inspinity, LLC<br>No. Five Concourse Parkway, Suite 900<br>Atlanta, GA 30328 | Siddharcha Mookerd, CEO<br>Ph. 404-582-6020<br>Fx. 678-441-9248 | Trade | | $18,305.11 |
| Ceridian Tax Service<br>3311 East Old Shakopee Road<br>Minneapolis, MN 55425 | Mindy Risley<br>Ph. 714-377-4500<br>Fx. 714-965-7283 | Trade | | $16,350.00 |
| XO<br>1950 Stemmons Freeway, Suite 4038<br>Dallas, TX 75207 | Customer Service<br>Ph. 214-237-7700<br>Fx. N/A* | Utility | | $13,000.00 |
| Gallagher Healthcare<br>Insurance Services, Inc.<br>2000 West Sam Houston Parkway South<br>Houston, TX 77042 | Alexsis Brunson<br>Ph. 713-935-8823<br>Fx. 713-365-6590 | Insurance Premium | | $12,000.00 |
| Carothers Office Acquisition, LLC<br>c/o Crescent Resources, LLC<br>9009 Corothers Parkway, Suite 100<br>Franklin, TN 37067 | Sandy Hayes, Sr. Project Mgr.<br>Ph. 615-503-9679<br>Fx. 615-244-9835 | Utility | | $11,488.96 |
| Healthtrust Purchasing Group, LP<br>155 Franklin Road, Suite 400<br>Brentwood, TN 37027 | Jim Fitzgerald, Sr. Counsel<br>Ph. 615-344-3003<br>Fx. 615-344-3166 | GPO | | $9,320.00 |
| MedQuist, Inc. (CareFlow|Net, Inc.)<br>1000 Bishops Gate Boulevard, Suite 300<br>Mount Laurel, NJ 08054 | Customer Service<br>Ph. 800-355-6337<br>Fx. 856-206-4020 | Trade | | $8,200.00 |
| MCI Communications Services, Inc.<br>(d/b/a Verizon Business Services)<br>P.O. Box 371355<br>Pittsburgh, PA 15250 | Customer Service<br>Ph. 800-937-6000<br>Fx. 908-766-3495 | Utility | | $7,927.94 |
| Federal Express Corp.<br>P.O. Box 660481<br>Dallas, TX 75266 | Customer Services<br>Ph. 800-622-1147<br>Fx. 800-463-3339 | Trade | | $7,034.40 |
| Careerbuilder.com<br>13047 Collection Center Drive<br>Chicago, IL 60693 | Patrick Brunner, Acct. Mgr.<br>Ph. 615-349-2914<br>Fx. 615-349-2939 | Trade | | $6,185.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim as of 1/22/10[3] |
|---|---|---|---|---|
| **Digital Accessories Corp.**<br>2021 Art Museum Drive, Suite 140<br>Jacksonville, FL 32207 | Bob Holloway<br>Ph. 904-346-0009<br>Fx. 904-346-0091 | Trade | | $5,905.00 |
| **Column Technologies - Edison**<br>1400 Opus Place, Suite 110<br>Downers Grove, IL 60515 | Lee Schroeder, Controller<br>Ph. 630-515-6661<br>Fx. 630-271-1508 | Trade | | $5,673.77 |
| **Dominion Virginia Power**<br>P.O. Box 26543<br>Richmond, VA 23290 | Customer Service<br>Ph. 888-667-3000<br>Fx. N/A* | Utility | | $5,245.73 |
| **Gish, Sherwood, & Friends, Inc.**<br>4235 Hillsboro Rd.<br>Nashville, TN 37215 | Karen Edwards, Acct. Serv.<br>Ph. 615-385-1100<br>Fx. 615-783-0500 | Trade | | $5,000.00 |
| **Clay & Associates, Inc.**<br>3016 Northeast Blakeley, Suite 100<br>Seattle, WA 98105 | Byron Steele/Cindy Clay<br>Ph. 206-517-5271<br>Fx. 206-517-5272 | Trade | | $4,200.00 |
| **Get It Guru**<br>625 4th Avenue South<br>Nashville, TN 37210 | Russ Roberts<br>Ph. 615-385-2040<br>Fx. 615-385-0640 | Trade | | $4,057.95 |
| **Lattimore, Black, Morgan & Cain, P.C.**<br>5250 Virginia Way<br>Brentwood, TN 37024-1869 | Renee McGowen<br>Ph. 615-377-4600<br>Fx. 615-309-2701 | Trade | | $3,836.25 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
Spheris Inc.,                                      :   Case No. 10-_____ (   )
                                                   :
                Debtor.                            :
---------------------------------------------------x

## DECLARATION UNDER PENALTY OF PERJURY

    I, Robert L. Butler, Chief Restructuring Officer of Spheris Inc., the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing consolidated list of the thirty largest unsecured creditors of the Debtor and its affiliated debtors and debtors in possession and that it is true and correct to the best of my information and belief.

Dated: February 3, 2010

_____
Robert L. Butler
Chief Restructuring Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------x
In re                                    :   Chapter 11
                                         :
Spheris Inc.,                            :   Case No. 10-_____ (    )
                                         :
                Debtor.                  :
----------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT

Spheris Inc. is a wholly-owned subsidiary of Spheris Holding II, Inc., which is a wholly-owned subsidiary of Spheris Holding III, Inc. The following corporate entities own directly 10% or more of Spheris Holding III, Inc.'s equity interests:

| Shareholder | Percentage of Total Shares[1] |
|---|---|
| Warburg Pincus Private Equity VIII, L.P.[2] | 55.8% |
| TowerBrook Investors L.P. | 27.9% |

---

[1] The information provided herein is as of September 30, 2009 and on a converted basis. Each of these entities hold Series A convertible preferred stock, which may be converted to common stock in Spheris, Inc.

[2] Certain of the shares reflected as owned by Warburg Pincus Private Equity VIII, L.P. are held of record by Spheris Investment LLC. Warburg Pincus Private Equity VIII, L.P. is the managing member of Spheris Investment LLC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                  :   Chapter 11
                                       :
Spheris Inc.,                          :   Case No. 10-_____ (    )
                                       :
            Debtor.                    :
---------------------------------------------------------------x

## DECLARATION UNDER PENALTY OF PERJURY

I, Robert L. Butler, Chief Restructuring Officer of Spheris Inc., the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing corporate ownership statement of the Debtor and that it is true and correct to the best of my information and belief.

Dated: February 3, 2010

*[signature]*
Robert L. Butler
Chief Restructuring Officer