## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Spheris Inc., et al., | Case No. 10-10352 (KG) |
| | (Jointly Administered) |
| Debtors.[1] | **Bid Procedures Objection Deadline: February 16, 2010 at 12:00 p.m. (ET)**<br>**Bid Procedures Hearing Date: February 19, 2010 at 9:00 a.m. (ET)**<br>**Ref. No. 14** |

## NOTICE OF MOTION

TO:    (i) The Office of the United States Trustee for the District of Delaware; (ii) Counsel to the Agents for the Debtors' Prepetition Secured Lenders; (iii) Counsel to the Agent for the Debtors' Proposed Postpetition Secured Lenders; (iv) the Debtors' Thirty (30) Largest Unsecured Creditors on a Consolidated Basis; and (v) Counsel to the Purchasers (as defined in the Motion).

On February 3, 2010, the above captioned debtors and debtors in possession (the "Debtors") filed the **Debtors' Motion for Orders: (a)(i) Approving Bid Procedures in Connection with Sale of Substantially All of Debtors' Assets; (ii) Scheduling Hearing to Consider Sale of Assets; (iii) Approving Form and Manner of Notice Thereof; and (iv) Approving Break-Up Fee and Expense Reimbursement; (b)(i) Authorizing and Approving Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (ii) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (c) Granting Related Relief** [Docket No. 14] (the "Motion"). Concurrently herewith, you are being served a copy of the Motion.

Objections **solely with respect to entry of the Bid Procedures Order (as defined in the Motion)**, if any, must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 16, 2010 at 12:00 p.m. (ET).** Parties will be provided with notice of the deadline to object to entry of the Sale Order at a later date.

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 12:00 p.m. (ET) on February 16, 2010.**

---

[1]     The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Spheris Inc. (5254); (ii) Spheris Holding II, Inc. (7969); (iii) Spheris Canada Inc. (9757); (iv) Spheris Leasing LLC (4780); (v) Spheris Operations LLC (1371); and (vi) Vianeta Communications (1121). The Debtors' executive headquarters are located at 9009 Carothers Parkway, Suite C-3, Franklin, Tennessee 37067.

A HEARING SOLELY TO CONSIDER ENTRY OF THE PROPOSED BID PROCEDURES ORDER WILL BE HELD ON **FEBRUARY 19, 2010 AT 9:00 A.M. (ET)** BEFORE THE HONORABLE KEVIN GROSS, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801.

PLEASE TAKE NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
February 5, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
Maris J. Finnegan (No. 5294)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

WILLKIE FARR & GALLAGHER LLP
Michael J. Kelly
Shaunna D. Jones
Elizabeth K. Horowitz
787 Seventh Avenue
Elizabeth K. Horowitz
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Proposed Co-Counsel to the Debtors and Debtors in Possession*