## CERTIFICATE OF SERVICE

I, Derek C. Abbott, certify that I am not less than 18 years of age, and that service of the foregoing *Notice of Appearance and Request for Service Of Papers* was caused to be made on February 12, 2010, in the manner indicated upon the parties listed below.

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>VIA HAND DELIVERY</u>
Maris J. Finnegan, Esq.
Matthew Barry Lunn, Esq.
Ryan M. Bartley, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

_____
Derek C. Abbott (No. 3376)

3392350

538485