IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
Spheris Inc., et al.,                               :     Case No. 10-10352 (KG)
                                                    :
                    Debtors.[1]                     :     Jointly Administered
---------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 19, 2010 AT 9:00 A.M. (ET)

## UNCONTESTED MATTER GOING FORWARD

1.  Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364: (I) Authorizing Debtors To (A) Obtain Post-Petition Financing, and (B) Grant Senior Liens, Junior Liens and Superpriority Administrative Expense Status; (II) Approving Use of Cash Collateral; (III) Granting Adequate Protection to Certain Prepetition Secured Parties; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 13, filed 2/3/10]

    Related Documents:

    A.  Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(d)(1), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) [Docket No. 38, entered 2/4/10]

    B.  Notice of Entry of Interim Order and Final Hearing [Docket No. 58, filed 2/5/10]

    Objection Deadline: February 16, 2010 at 12:00 p.m.

    Objections Received: None to date.

    Status: This matter will be going forward on an final basis.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Spheris Inc. (5254); (ii) Spheris Holding II, Inc. (7969); (iii) Spheris Canada Inc. (9757); (iv) Spheris Leasing LLC (4780); (v) Spheris Operations LLC (1371); and (vi) Vianeta Communications (1121). The Debtors' executive headquarters are located at 9009 Carothers Parkway, Suite C-3, Franklin, Tennessee 37067.

## CONTESTED MATTER

2. Debtors' Motion for Orders: (A)(I) Approving Bid Procedures in Connection With Sale of Substantially All of Debtors' Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form And Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement; (B)(I) Authorizing and Approving Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [Docket No. 14, filed 2/3/10]

   Related Document:

   A. Notice of Motion [Docket No. 52, filed 2/5/10]

   Bid Procedures Objection Deadline: February 16, 2010 at 12:00 p.m.

   Bid Procedures Objections Received:

   B. Limited Objection of Nuance Communications, Inc. [Docket No. 72, filed 2/16/10]

   Status: This matter will be going forward solely with respect to the approval of the relief related to the bid procedures and bid protections.

Dated: Wilmington, Delaware
       February 17, 2010          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                  /s/ Matthew B. Lunn
                                  _____
                                  Robert S. Brady (No. 2847)
                                  Matthew B. Lunn (No. 4119)
                                  Maris J. Finnegan (No. 5294)
                                  Ryan M. Bartley (No. 4985)
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 571-6600
                                  Facsimile: (302) 571-1253

                                  - and -

WILLKIE FARR & GALLAGHER LLP
Michael J. Kelly
Shaunna D. Jones
Elizabeth K. Horowitz
787 Seventh Avenue
Elizabeth K. Horowitz
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*