|   |   |   |
|---|---|---|
| In re | ) | Chapter 11 |
| Spheris Inc., *et al.*, | ) | Case No. 10-10352 (KG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |

**Proposed Objection Deadline: May be made orally at the hearing.**
**Proposed Hearing Date: Feb. 23, 2010 at 11 a.m. (EST)**

**MOTION OF NUANCE COMMUNICATIONS, INC. TO FILE UNDER SEAL THE SUPPLEMENTAL LIMITED OBJECTION AND RESERVATION OF RIGHTS OF NUANCE COMMUNICATIONS, INC. TO DEBTORS' MOTION FOR ORDERS: (A)(I) APPROVING BID PROCEDURES IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS; (II) SCHEDULING HEARING TO CONSIDER SALE OF ASSETS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) APPROVING BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (B)(I) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II) APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF**

Nuance Communications, Inc. ("Nuance") hereby files this motion to file under seal, the Supplemental Limited Objection And Reservation of Rights of Nuance Communications, Inc. to Debtors' Motion for Orders: (A)(I) Approving Bid Procedures In Connection with Sale of Substantially All of Debtors' Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement; (B)(I) Authorizing and Approving Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief, dated February 22,

2010 [Docket No. 104] (the "<u>Supplemental Limited Objection</u>").[1] In support of its motion to file under seal, Nuance respectfully represents:

**BACKGROUND**

1. Nuance is requesting to file the unredacted version of its Supplemental Limited Objection under seal, which is attached hereto as Exhibit A, because certain portions thereof may refer to confidential information of the Debtors. Nuance has no objection to unsealing any portion of the Supplemental Limited Objection if the Debtors consent.

**JURISDICTION**

2. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**RELIEF REQUESTED AND BASIS FOR RELIEF**

3. Pursuant to section 107(b) of the Bankruptcy Code and Local Bankruptcy Rule 9018-1(b), Nuance requests that the unredacted version of the Supplemental Limited Objection and the exhibit thereto (attached hereto at Exhibit A) be filed under seal on a final basis. Nuance has filed publicly a redacted version that does not contain any confidential information.

4. Section 107 of the Bankruptcy Code provides that papers filed in a case are public records, but permits the Bankruptcy Court, on request of a party in interest, to "protect an entity with respect to a trade secret or confidential research, development, or commercial information. . ." 11 U.S.C. § 107(b); *see* Fed. R. Bankr. P. 9018 ("On motion or its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Bidding Procedures Motion.

any entity in respect of a trade secret or other confidential research, development, or commercial information. . . .").

5. The Supplemental Limited Objection may contain confidential commercial information concerning the Debtors, the revelation of which may not be permitted by the Debtors. Accordingly, Nuance requests that these documents be filed under seal on a final basis to prevent public disclosure.

WHEREFORE, Nuance respectfully requests that the Court enter an order (a) authorizing Nuance to file the referenced documents under seal on a final basis; and (b) granting such other and further relief to Nuance as the Court deems proper.

Dated: February 22, 2010
      Wilmington, Delaware

      DORSEY & WHITNEY (DELAWARE) LLP

      /s/ Eric Lopez Schnabel
      Eric Lopez Schnabel (DE # 3672)
      Robert W. Mallard (DE #4279)
      300 Delaware Avenue, Suite 1010
      Wilmington, DE 19801
      Tel: (302) 425-7171
      Fax: (302) 425-7177

      Ronit J. Berkovich
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Tel: (212) 310-8534
      Fax: (212) 310-8007

      *Counsel to Nuance Communications, Inc.*