# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| Spheris Inc., *et al.*, | ) Case No. 10-10352 (KG) <br> ) (Jointly Administered) |
| Debtors. | ) |
| | ) [Re: Docket No. 105] |

## ORDER GRANTING MOTION OF NUANCE COMMUNICATIONS, INC. TO FILE UNDER SEAL THE SUPPLEMENTAL LIMITED OBJECTION AND RESERVATION OF RIGHTS OF NUANCE COMMUNICATIONS, INC. TO DEBTORS' MOTION FOR ORDERS: (A)(I) APPROVING BID PROCEDURES IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS; (II) SCHEDULING HEARING TO CONSIDER SALE OF ASSETS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) APPROVING BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (B)(I) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II) APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF

Upon the motion (the "Motion to Seal") of Nuance Communications, Inc. for an order pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the filing under seal of the Supplemental Limited Objection to and Reservation of Rights of Nuance Communications, Inc. to Debtors' Motion for Orders: (A)(I) Approving Bid Procedures In Connection with Sale of Substantially All of Debtors' Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement; (B)(I) Authorizing and Approving Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of

Executory Contracts and Unexpired Leases; and (C) Granting Related Relief, dated February 22, 2010 [Docket No. 104] (the "Supplemental Limited Objection"); and it appearing that notice of the Motion to Seal is sufficient, and that no other or further notice need be provided; and after due deliberation and sufficient cause therefor, it is hereby

ORDERED that the Motion to Seal is granted; and it is further

ORDERED that, pursuant to section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(b), the Supplemental Limited Objection shall be filed under seal; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Feb 23, 2010

HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE