IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| Spheris Inc., *et al.*, | ) ) ) | Case No. 10-10352 (KG) (Jointly Administered) |
| Debtors. | ) ) ) | [Re: Docket No. /06] |

## ORDER GRANTING MOTION FOR SHORTENED NOTICE AND EXPEDITED CONSIDERATION OF MOTION OF NUANCE COMMUNICATIONS, INC. TO FILE UNDER SEAL THE SUPPLEMENTAL LIMITED OBJECTION AND RESERVATION OF RIGHTS OF NUANCE COMMUNICATIONS, INC. TO DEBTORS' MOTION FOR ORDERS: (A)(I) APPROVING BID PROCEDURES IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS; (II) SCHEDULING HEARING TO CONSIDER SALE OF ASSETS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; AND (IV) APPROVING BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (B)(I) AUTHORIZING AND APPROVING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II) APPROVING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (C) GRANTING RELATED RELIEF

Upon the motion of Nuance Communications, Inc. for an order pursuant to section 102 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, to shorten the notice period under Local Rule 9006-1(c) and Rule 2002(a) of the Federal Rules of Bankruptcy Procedure with respect to the Motion of Nuance Communications, Inc. to File Under Seal the Supplemental Limited Objection And Reservation of Rights of Nuance Communications, Inc. to Debtors' Motion for Orders: (A)(I) Approving Bid Procedures In Connection with Sale of Substantially All of Debtors' Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement; (B)(I) Authorizing and Approving Sale

of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief, dated February 22, 2010 [Docket No. 105] (the "Motion to Seal"); and it appearing that notice is sufficient, and that no other or further notice need be provided; and after due deliberation and sufficient cause therefor, it is hereby

ORDERED that the motion for shortened notice and expedited consideration is GRANTED; and it is further

ORDERED that the Motion to Seal shall be heard on February 23, 2010 at 11:00 a.m. (ET), with objections to be made orally at the hearing, and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Feb. 23, 2010

HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

US_ACTIVE:\43314968\01\51991.0034

2