## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SPHERIS INC., et al., | ) | Case No. 10-10352 (KG) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION GOVERNING PRODUCTION AND EXCHANGE OF CONFIDENTIAL MATERIAL

1. Debtor Spheris Operations LLC and each of the other debtors and debtors-in possession ("Spheris" or "Debtor"), Multimodal Technologies, Inc. ("M*Modal"), and Nuance Communications, Inc. ("Nuance") are engaged in discovery proceedings related to the contested matter (the "Contested Matter") involving Spheris' Motion for Orders: (I) Approving Bid Procedures in Connection with Sale of Substantially All of Debtors' Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form and Manner of Notice Thereof; (IV) Approving Break-Up Fee and Expense Reimbursement; and (V) Granting Related Relief (the "Motion") and M*Modal's objection to the Motion.

2. Spheris, M*Modal and Nuance have agreed upon and executed a Stipulation Governing Production And Exchange Of Confidential Material (the "Stipulation") to govern the production and exchange of all confidential material in connection with the discovery related to the Contested Matter.

3. A copy of the Stipulation is attached hereto as Exhibit A.

4. A proposed form of Order approving the Stipulation is attached hereto as Exhibit B.

5.      Upon satisfactory review of this Certification of Counsel, the Stipulation and the proposed Order, undersigned counsel respectfully requests that the Court enter the proposed Order at its earliest convenience.

Dated: April 1, 2010
Wilmington, Delaware

Richard W. Riley (DE 4052)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

and

Jeffrey D. Sternklar
Duane Morris LLP
Suite 500
470 Atlantic Avenue
Boston, MA 02210

Counsel for Multimodal Technologies, Inc

2

DM3\1340887.1

5.      Upon satisfactory review of this Certification of Counsel, the Stipulation and the proposed Order, undersigned counsel respectfully requests that the Court enter the proposed Order at its earliest convenience.

Dated: April 1, 2010
Wilmington, Delaware

Richard W. Riley (DE 4052)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

and

Jeffrey D. Sternklar
Duane Morris LLP
Suite 500
470 Atlantic Avenue
Boston, MA 02210

Counsel for Multimodal Technologies, Inc