## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re:                                    :     Chapter 11
                                          :
Spheris Inc., et al.,                     :     Case No. 10-10352 (KG)
                                          :
                    Debtors.[1]           :     Jointly Administered

-------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 12, 2010 AT 10:00 A.M. (ET)

### UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

1.     Motion of Multimodal Technologies, Inc. for an Order Sealing Exhibit to Objection of Multimodal Technologies, Inc. to Assumption and Assignment of Executory Contract and Objection to Cure Amount in Response to Debtor's Notice of Assumption and Assignment of Agreements [Docket No. 202, filed 3/22/10]

Related Documents:

A.     Objection of Multimodal Technologies, Inc. to Assumption and Assignment of Executory Contract and Objection to Cure Amount in Response to Debtor's Notice of Assumption and Assignment of Agreements [Docket No. 200, filed 3/22/10]

B.     Certificate of No Objection [Docket No. 251, filed 4/7/10]

Objection Deadline:     April 5, 2010 at 4:00 p.m.

Objections Filed:       None.

Status: A Certificate of No Objection has been filed and a proposed form of order submitted in accordance with the Court's procedures.

---

[1]     The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Spheris Inc. (5254); (ii) Spheris Holding II, Inc. (7969); (iii) Spheris Canada Inc. (9757); (iv) Spheris Leasing LLC (4780); (v) Spheris Operations LLC (1371); and (vi) Vianeta Communications (1121). The Debtors' executive headquarters are located at 9009 Carothers Parkway, Suite C-3, Franklin, Tennessee 37067.

## CONTESTED MATTER

2.     Debtors' Motion for Orders: (A)(I) Approving Bid Procedures in Connection With Sale
of Substantially All of Debtors' Assets; (II) Scheduling Hearing to Consider Sale of
Assets; (III) Approving Form And Manner of Notice Thereof; and (IV) Approving
Break-Up Fee and Expense Reimbursement; (B)(I) Authorizing and Approving Sale of
Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving
Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C)
Granting Related Relief [Docket No. 14, filed 2/3/10]

Related Document:

A.     Order: (I) Approving Bid Procedures in Connection with Sale of Substantially All
of Debtors' Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III)
Approving Form and Manner of Notice Thereof; (IV) Approving Break-Up Fee
and Expense Reimbursement; and (V) Granting Related Relief [Docket No. 122,
entered 2/23/10]

Cure/Assignment Objection Deadline:  March 22, 2010 at 4:00 p.m.

Cure/Assignment Objections Filed:

B.     Objection of Multimodal Technologies, Inc. to Assumption and Assignment of
Executory Contract and Objection to Cure Amount in Response to Debtor's
Notice of Assumption and Assignment of Agreements [Docket No. 200, filed
3/22/10]

C.     Oracle's Opposition and Rights Reservation [Docket No. 201, filed 3/22/10]

D.     Notice of Tax Lien of the County of Loudoun, Virginia [Docket No. 215, filed
3/23/10]

Replies Filed:

E.     [Redacted] Debtors' Reply in Support of Motion to Assume and Assign
Executory Contract with Multimodal Technologies, Inc. [Docket No. 249, filed
4/7/10]

F.     [Redacted] Nuance Communications, Inc.'s Response to Multimodal
Technologies, Inc.'s Objection to Assumption and Assignment of Executory
Contract and Objection to Cure Amount [Docket No. 250, filed 4/7/10]

**Status:** This matter will be going forward solely with respect to objections to proposed contract assumption and assignment and/or cure amounts. A hearing to consider the proposed sale of assets will be held April 15, 2010 at 10:00 a.m.

Dated: Wilmington, Delaware
April 8, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
Maris J. Finnegan (No. 5294)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

WILLKIE FARR & GALLAGHER LLP
Michael J. Kelly
Shaunna D. Jones
Elizabeth K. Horowitz
787 Seventh Avenue
Elizabeth K. Horowitz
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Co-Counsel to the Debtors and
Debtors in Possession*