**CASE NAME:** Spheris Inc.  
**CASE NO.:** 10-10352 - KG

**COURTROOM LOCATION:** 3  
**DATE:** 4/15/10

# SIGN-IN-SHEET

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | Morris Nichols | C-Bay/Medquist |
| Ricky Mason | Wachtell Lipton | " |
| Terence M'Laughlin | Willkie Farr & Gallagher | Debtors |
| Shanna Jones | " | Debtors |
| Elizabeth McCoolm | Paul Weiss | Creditors Committee |
| Russell Silberglied | Richards Layton Finger | Creditors Committee |
| Lawrence Gesner | Schulte Roth & Zabel | Represented MP Lenders |
| Lamorn Turner | " | " |
| Kevin Hroblak | Whiteford Taylor & Preston | Spheris Holding III Inc |
| Maris J. Finnegan | Young Conaway Stargatt & Taylor | Debtors |
| Robert J. Brady | " | " |
| Ryan Bartley | " | " |
| Matthew Ward | Womble Carlyle | Transcend Services |
| Lynn Kumnick | Leonard Kalb & Lebb | Ingenix a Opt Lenders |
| Mike Kelly | Willkie Farr & Gallagher | Debtors |
| Robert Mallard | Dorsey & Whitney LLP | Nuance Communications |
| Carl N. Kunz, III | Morris James LLP | Healthways Inc |
| Richard Riley | Duane Morris | MultiModal Technologies |

# Court Conference

**Calendar Date:** 04/15/2010
**Calendar Time:** 01:00 PM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin Gross
### Courtroom

Amended Calendar 04/15/2010 10:02 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Spheris Inc. | 10-10352 | Hearing | 3465899 | Jacob A. Adlerstein | (212) 373-3143 | Paul Weiss Rifkind Wharton & | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Spheris Inc. | 10-10352 | Hearing | 3468500 | Ronit Berkovich | 212-310-8534 | Weil Gotshal & Manges LLP | Interested Party, Nuance Communications / LIVE |
| | | Spheris Inc. | 10-10352 | Hearing | 3461509 | Amish Doshi | 212-297-5828 | Day Pitney, LLP | Creditor, Oracle America, Inc. / LIVE |
| | | Spheris Inc | 10-10352 | Hearing | 3468794 | Carol Flaton | (212) 632-6730 | Lazard Freres & Co., LLC | Interested Party, Medquist / LISTEN ONLY |
| | | Spheris Inc. | 10-10352 | Hearing | 3467954 | Michael Gottfried | (857) 488-4212 | Duane Morris LLP | Interested Party, Multi-Modal Technology / LIVE |
| | | Spheris Inc. | 10-10352 | Hearing | 3465771 | Carras Holmstead | 203-719-1425 | UBS Securities LLC | Creditor, UBS Securities / LISTEN ONLY |
| | | Spheris Inc. | 10-10352 | Hearing | 3468294 | Stefan Lumiere | 646-840-5834 | Visium Asset Management | Interested Party, Visium Asset Mgmt. / LIVE |
| | | Spheris Inc. | 10-10352 | Hearing | 3465887 | Elizabeth McColm | 212-373-3008 | Paul Weiss Rifkind Wharton & | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Spheris Inc | 10-10352 | Hearing | 3468911 | Curtis Plaza | 973-538-0800 | Riker, Danzig, Scherer, Hyland & | Creditor, Bank of New York / LIVE |
| | | Spheris Inc. | 10-10352 | Hearing | 3455882 | Andrew N. Rosenberg | 212-373-3158 | Paul Weiss Rifkind Wharton & | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Spheris Inc. | 10-10352 | Hearing | 3464896 | Kevin Starke | (203) 569-6421 | CRT Capital Group, LLC | Interested Party, CRT Capital Group, LLC / LISTEN ONLY |
| | | Spheris Inc. | 10-10352 | Hearing | 3467957 | Jeffrey Sternklar | (857) 488-4216 | Duane Morris LLP | Interested Party, Multi-Modal / LIVE |
| | | Spheris Inc. | 10-10352 | Hearing | 3463309 | April Wortham | 615-846-4276 | April Wortham - Interested Party | Interested Party, April Wortham / LISTEN ONLY |