IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
:
In re                                                            :
:    Chapter 11
Spheris Inc., et al.,                                            :
:    Case No. 10-10352 (KG)
:
            Debtors.[1]                                          :    Jointly Administered
:
---------------------------------------------------------------- x

### NOTICE OF SUCCESSFUL BID IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL ASSETS OF DEBTORS

**PLEASE TAKE NOTICE** that, by an order dated February 23, 2010 (the "Bidding Procedures Order"), the United States Bankruptcy Court for the District of Delaware approved bidding procedures (the "Bidding Procedures") in connection with the sale of substantially all of the assets of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures, the Debtors conducted an auction on April 14 and 15, 2010, and, after consultation with the advisors of the Committee[2] and the Agent, selected the bid submitted by Medquist Inc. and CBay Inc. (the "Successful Bidder"), with a proposed purchase price of $116,333,900, including cash consideration of $98,833,900 as the Successful Bid.[3] No Back-Up Bid was designated at the conclusion of the Auction.

---

[1]  The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Spheris Inc. (5254); (ii) Spheris Holding II, Inc. (7969); (iii) Spheris Canada Inc. (9757); (iv) Spheris Leasing LLC (4780); (v) Spheris Operations LLC (1371); and (vi) Vianeta Communications (1121). The Debtors' executive headquarters are located at 9009 Carothers Parkway, Suite C-3, Franklin, Tennessee 37067.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

[3]  As Medquist Inc. and CBay Inc. were the 'stalking horse' bidders, their bid obviated the need for the Debtors to pay any Breakup Fee.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, a hearing to consider approval of the sale to the Successful Bidder and Back-Up Bidder was held on **April 15, 2010 at 1:00 p.m. (prevailing Eastern Time)** before the Honorable Kevin Gross at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, Delaware 19801 (the "Sale Hearing"). At the conclusion of the Sale Hearing, the Court entered an Order approving the Sale [Docket No. 315] (the "Sale Order"). A copy of the asset purchase agreement by and between the Debtors and the Successful Bidder will be filed on the Debtors' docket and posted on the Debtors' website at http://www.gardencitygroup.com/cases/spheris/ in connection with the Sale Hearing.

Dated: Wilmington, Delaware
April 15, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady

Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
Maris J. Finnegan (No. 5924)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

-and-

WILLKIE FARR & GALLAGHER LLP
Michael J. Kelly
Shaunna D. Jones
Elizabeth K. Horowitz
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Co-Counsel for the Debtors and Debtors in Possession*