IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re:                                  :   Chapter 11
                                        :
Spheris Inc., et al.,                   :   Case No. 10-10352 (KG)
                                        :
              Debtors.[1]               :   Jointly Administered
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       )  SS:
COUNTY OF NEW CASTLE   )

   Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the debtors and debtors in possession in the above-captioned cases, and that on the 15th day of April, 2010, he caused a copy of the following document(s) to be served upon the parties identified on the attached service list in the manner indicated:

ORDER AUTHORIZING (I) SALE OF CERTAIN OF THE
ASSETS OF THE DEBTORS FREE AND CLEAR OF LIENS,
CLAIMS, ENCUMBRANCES AND INTERESTS, (II) ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES, AND (III) ASSUMPTION OF CERTAIN LIABILITIES
(Docket No. 315)

NOTICE OF SUCCESSFUL BID IN CONNECTION WITH SALE
OF SUBSTANTIALLY ALL ASSETS OF DEBTORS
(Docket No. 316)

&

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) Spheris Inc. (5254); (ii) Spheris Holding II, Inc. (7969); (iii) Spheris Canada Inc. (9757); (iv) Spheris Leasing LLC (4780); (v) Spheris Operations LLC (1371); and (vi) Vianeta Communications (1121). The Debtors' executive headquarters are located at 9009 Carothers Parkway, Suite C-3, Franklin, Tennessee 37067.

# NOTICE OF FILING OF STOCK AND ASSET PURCHASE AGREEMENT
## (Docket No. 317)

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me on this 16th day of April, 2010.

_____
Notary Public

MARLENE J. MAISTA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Aug. 21, 2013

**SERVICE LIST**
**4/15/2010**

Steven K. Kortanek, Esq.
Matthew P. Ward, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(Counsel to Transcend Services)
*Hand Delivery*

# 2002 SERVICE LIST

## 4/15/2010

Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnel LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(Counsel to Cbay Inc. and Medquist Inc.)
*Hand Delivery*

Mr. Robert L. Butler
Chief Restructuring Officer
Spheris Inc.
9009 Carothers Parkway, Suite C-3
Franklin, TN 37067
(Debtors)
*First Class Mail*

County of Loudoun, Virginia
Belkys Escobar, Asst. County Attorney
One Harrison Street, S.E., 5th Floor (MSC # 06)
Leesburg, VA 20175
*First Class Mail*

Thomas J. Francella, Jr., Esq.
Whiteford Taylor Preston LLC
1220 N. Market Street, Suite 608
Wilmington, DE 19801
(Spheris Holding III, Inc.)
*Hand Delivery*

Adam C. Harris, Esq.
Lawrence V. Gelber, Esq.
Kathryn L. Turner, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(Counsel to Ableco L.L.C. and Ableco Finance LLC)
*First Class Mail*

Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
(Counsel to Richardson ISD & Fort Worth ISD)
*First Class Mail*

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105
(Counsel to Oracle America, Inc. and Oracle Credit Corporation)
*First Class Mail*

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
(Counsel to Harris County)
*First Class Mail*

Neil B. Glassman, Esq
GianClaudio Finizio, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Counsel to Indenture Trustee)
*Hand Delivery*

Internal Revenue Service
Attn: Insolvency Section
11601 Roosevelt Blvd., Mail Drop N781
P.O. Box 21126
Philadelphia, PA 19114
*First Class Mail*

# 2002 SERVICE LIST

## 4/15/2010

Michael J. Kelly, Esq.
Shaunna D. Jones, Esq.
Elizabeth K. Horowitz, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(Co-Counsel to the Debtors)
*First Class Mail*

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Ableco L.L.C. and Ableco Finance LLC)
*Hand Delivery*

Richard G. Mason, Esq.
Douglas K. Mayer, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(Counsel to Cbay Inc. and Medquist Inc.)
*First Class Mail*

Sheryl L. Moreau, Esq.
General Counsel's Office
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
*First Class Mail*

Dennis J. O'Grady, Esq.
Curtis M. Plaza, Esq.
Kevin J. Larner, Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
One Speedwell Avenue
Morristown, NJ 07962
(Counsel to Indenture Trustee)
*First Class Mail*

Mr. Joseph W. Kots
U.C. Tax Agent/Bankruptcy Rep., Reading Bankruptcy & Compliance Unit
Commonwealth of Pennsylvania - Dept. of Labor and Industry
625 Cherry Street - Room 203
Reading, PA 19602
(Office of PA Unemployment Compensation Tax Services)
*First Class Mail*

Matthew B. Lunn, Esq.
Maris J. Finnegan, Esq.
Ryan Bartley, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
Wilmington, DE 19801
(Co-Counsel to Debtors)
*Hand Delivery*

Maria A. Milano, Esq
Riddell Williams P.S.
1001 4th Avenue, Suite 4500
Seattle, WA 98154
(Microsoft Corporation and Microsoft Licensing, GP)
*First Class Mail*

Paul M. Nussbaum, Esq.
Kevin G. Hroblak, Esq.
Aaron L. Casagrande, Esq.
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street
Baltimore, MD 21202
(Spheris Holding III, Inc.)
*First Class Mail*

Office of the U.S. Attorney General, Esq.
Department of Justice - Commercial Litigation Branch
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
*First Class Mail*

# 2002 SERVICE LIST

## 4/15/2010

Richard W. Riley, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to MultiModal Technologies, Inc.)
*Hand Delivery*

Martha E. Romero, Esq.
Romero Law Firm
6516 Bright Avenue
BMR Professional Building
Whittier, CA 90601
(Counsel to San Bernardino County)
*First Class Mail*

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Secretary of State
Franchise Tax
Division of Corporations
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Securities & Exchange Commission
Attn: Christopher Cox
100 F Street, NE
Washington, DC 20549
*First Class Mail*

Dennis J. Roemlein
VP, Global Corp. Trust, Default Admin. Group
The Bank of New York Mellon Trust Co., N.A.
601 Travis, 16th Floor
Houston, TX 77002
(Indenture Trustee)
*First Class Mail*

Andrew N. Rosenberg, Esq.
Elizabeth McColm, Esq.
Jacob A. Adlerstein, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(Counsel to Official Committee of Unsecured Creditors)
*First Class Mail*

Mark Schonfeld
Regional Director
Securities and Exchange Commission
New York Regional Office, 233 Broadway
New York, NY 10279
*First Class Mail*

Secretary of Treasury
Attn: Officer, Managing Agent or General Agent
P.O. Box 7040
Dover, DE 19903
*First Class Mail*

Russell Silberglied, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(Counsel to Official Committee of Unsecured Creditors)
*Hand Delivery*

# 2002 SERVICE LIST

## 4/15/2010

Ellen W. Slights, Esq.
Assistant United States Attorney
U.S. Attorney's Office
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
*Hand Delivery*

Jeffrey D. Sternklar, Esq.
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(Counsel to MultiModal Technologies, Inc.)
*First Class Mail*