IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                        :    Chapter 11
                                              :
SP Wind Down Inc., f/k/a Spheris Inc.,        :    Case No. 10-10352 (KG)
et al.,[1]                                    :
                                              :    Jointly Administered
                    Debtors.                  :
---------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 13, 2010 AT 1:00 P.M. (ET)

### UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION

1.  Debtors' Second Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 9006 and 9027 Extending Debtors' Time for Removal of Prepetition Non-Bankruptcy Actions [Docket No. 518, filed 6/23/10]

    Related Document:

    A.  Certificate of No Objection [Docket No. 565, filed 7/8/10]

    Objection Deadline: July 6, 2010 at 4:00 p.m.

    Objections Filed:   None.

    Status: A Certificate of No Objection has been filed and a proposed form of order submitted in accordance with the Court's procedures.

2.  Debtors' First Supplemental Application for an Order Authorizing the Expanded Employment and Retention of Ernst & Young LLP as Tax Services Providers to the Debtors, Pursuant to 11 U.S.C. § 327(a) *Nunc Pro Tunc* to June 1, 2010 [Docket No. 524, filed 6/25/10]

    Related Document:

    A.  Certificate of No Objection [Docket No. 566, filed 7/8/10]

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) SP Wind Down Inc. (f/k/a Spheris Inc.) (5254); (ii) SP Wind Down Holding II, Inc. (f/k/a Spheris Holding II, Inc.) (7969); (iii) SP Wind Down Canada Inc. (f/k/a Spheris Canada Inc.) (9757); (iv) SP Wind Down Leasing LLC (f/k/a Spheris Leasing LLC) (4780); (v) SP Wind Down Operations LLC (f/k/a Spheris Operations LLC) (1371); and (vi) VN Wind Down Communications (f/k/a Vianeta Communications) (1121). The Debtors' executive headquarters are located at 9009 Carothers Parkway, Suite C-3, Franklin, Tennessee 37067.

Objection Deadline: July 6, 2010 at 4:00 p.m.

Objections Filed: None.

Status: A Certificate of No Objection has been filed and a proposed form of order submitted in accordance with the Court's procedures.

## UNCONTESTED MATTERS GOING FORWARD

3.  Interim and Final Fee Applications of the Professionals listed on Exhibit A attached hereto. [Various Docket Nos.]

    Related Documents: See Exhibit A attached hereto.

    Objection Deadlines: Various.

    Objections Filed: None.

    Status: This matter will be going forward.

4.  Hearing to Consider Adequacy of Disclosure Statement with Respect to the Joint Liquidating Plan of SP Wind Down Inc., f/k/a Spheris Inc., and its Affiliated Debtors [Docket No. 484, filed 6/11/10]

    Related Documents:

    A.  Joint Liquidating Plan of SP Wind Down Inc., f/k/a Spheris Inc., and its Affiliated Debtors [Docket No. 483, filed 6/11/10]

    B.  Notice of Hearing [Docket No. 485, filed 6/11/10]

    C.  Notice of Filing of Blackline of Disclosure Statement [Docket No. 569, filed 7/9/10]

    D.  Notice of Filing of Liquidation Analysis with Respect to Disclosure Statement [Docket No. 570, filed 7/9/10]

    Objection Deadline: July 9, 2010 at 4:00 p.m. [Extended to 7/12/10 at 12:00 p.m. for MedQuist Inc.]

    Objections Filed: None as of the date and time hereof.

Status: The Debtors and the Committee are working to resolve certain informal objections raised by MedQuist Inc. which may result in the filing of a further revised proposed Disclosure Statement prior to the hearing. This matter will be going forward.

5. Joint Motion for Order: (A) Approving Disclosure Statement; (B) Fixing Voting Record Date; (C) Approving Solicitation Materials and Procedures for Distribution Thereof; (D) Approving Forms of Ballots and Establishing Procedures for Voting on Plan; (E) Scheduling Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of Plan; and (F) Granting Related Relief [Docket No. 510, filed 6/18/10]

    Related Documents:

    A. Disclosure Statement with Respect to the Joint Liquidating Plan of SP Wind Down Inc., f/k/a Spheris Inc., and its Affiliated Debtors [Docket No. 484, filed 6/11/10]

    B. Notice of Filing of Blackline of Disclosure Statement [Docket No. 569, filed 7/9/10]

    C. Notice of Filing of Liquidation Analysis with Respect to Disclosure Statement [Docket No. 570, filed 7/9/10]

    Objection Deadline: July 9, 2010 at 4:00 p.m.

    Objections Filed: None as of the date and time hereof.

    Status: This matter will be going forward.

6. Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 327, 330 and 1103, Fed. R. Bankr. P. 2014 and 5002, and Local R. 2014-1, for Entry of an Order Authorizing the Retention and Employment of CoMetrics Partners LLC, as Financial Advisor *Nunc Pro Tunc* to June 28, 2010 [Docket No. 557, filed 7/6/10]

    Related Document:

    A. Order Shortening Notice [Docket No. 559, entered 7/7/10]

    Objection Deadline: At the hearing.

    Objections Filed: None as of the date and time hereof.

Status: This matter will be going forward.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
July 9, 2010

*/s/ Maris J. Finnegan*
Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
Maris J. Finnegan (No. 5294)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

WILLKIE FARR & GALLAGHER LLP
Terence K. McLaughlin
Shaunna D. Jones
Elizabeth K. Horowitz
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Co-Counsel to the Debtors and Debtors in Possession*