# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

        **Debtor:** Spheris Inc.
        **Case Number:** 10-10352-KG         **Chapter:** 11
        **Date / Time / Room:** TUESDAY, JULY 13, 2010 01:00 PM   CRT#3, 6TH FL.
        **Bankruptcy Judge:** KEVIN GROSS
        **Courtroom Clerk:** SHERRY SCARUZZI
        **Reporter / ECR:** GINGER MACE

## *Matter:*

OMNIBUS, DISCLOSURE STATEMENT, & FEE APPLICATIONS
**R / M #:** 571 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - #2 - CNO Filed and Order Signed
#3 - ORDER SIGNED
#4 - Revised order to be submitted under Certification of Counsel
#5 - Revised Order to be submitted under Certification of Counsel
#6 - ORDER SIGNED