IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SP Wind Down Inc., f/k/a Spheris Inc., et al.,[1] | : | Case No. 10-10352 (KG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | x | Re: Docket Nos. 510, 582 & 583 |

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies as follows:

1. On June 11, 2010, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") and the official committee of unsecured creditors appointed in these cases (the "Creditors' Committee," and together with the Debtors, the "Proponents") filed the *Joint Liquidating Plan of SP Wind Down Inc., f/k/a Spheris Inc., and its Affiliated Debtors* [Docket No. 483] (the "Initial Plan") and related *Disclosure Statement With Respect to the Joint Liquidating Plan of SP Wind Down Inc., f/k/a Spheris Inc., and its Affiliated Debtors* [Docket No. 484] (the "Initial Disclosure Statement").

2. On June 18, 2010, the Proponents filed the *Joint Motion for Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date; (C) Approving Solicitation Materials and Procedures for Distribution Thereof; (D) Approving Forms of Ballots and Establishing Notice and Objection Procedures in Respect of Confirmation of Plan; and (F) Granting Related Relief* [Docket No. 510] (the "Disclosure Statement Motion").

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) SP Wind Down Inc., f/k/a/ Spheris Inc. (5254); (ii) SP Wind Down Holding II, Inc., f/k/a Spheris Holding II, Inc. (7969); (iii) SP Wind Down Canada Inc., f/k/a Spheris Canada Inc. (9757); (iv) SP Wind Down Leasing LLC, f/k/a Spheris Leasing LLC (4780); (v) SP Wind Down Operations LLC, f/k/a Spheris Operations LLC (1371); and (vi) VN Wind Down Communications, f/k/a Vianeta Communications (1121). The Debtors' executive headquarters are located at 9009 Carothers Parkway, Suite C-3, Franklin, Tennessee 37067.

3. On July 13, 2010, the Proponents filed the *First Amended Joint Liquidating Plan of SP Wind Down Inc., f/k/a Spheris Inc. and its Affiliated Debtors* [Docket No. 582] (the "Plan") and related *First Amended Disclosure Statement for the First Amended Joint Liquidating Plan of SP Wind Down Inc., f/k/a Spheris Inc. and its Affiliated Debtors* [Docket No. 583] (the "Disclosure Statement").

4. On July 13, 2010 (the "Disclosure Statement Hearing"), the United States Bankruptcy Court for the District of Delaware (the "Court") conducted a hearing on, among other things, the Disclosure Statement Motion. At the conclusion of the Disclosure Statement Hearing, the Court approved the relief requested in the Disclosure Statement Motion.

5. Attached hereto as Exhibit A is a proposed form of order approving the Disclosure Statement Motion (the "Proposed Disclosure Statement Order"), which is consistent with the representations made at the Disclosure Statement Hearing.

*[Remainder of page intentionally left blank.]*

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Disclosure Statement Order at the earliest convenience of the Court.

Dated: Wilmington, Delaware
July 13, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Maris J. Finnegan*

Robert S. Brady (No. 2847)
Matthew B. Lunn (No. 4119)
Maris J. Finnegan (No. 5294)
Ryan M. Bartley (No. 4985)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

WILLKIE FARR & GALLAGHER LLP
Terence K. McLaughlin
Shaunna D. Jones
Elizabeth K. Horowitz
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Co-Counsel to the Debtors and Debtors in Possession*