IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SP Wind Down Inc., f/k/a Spheris Inc., et al.,[1] | : | Case No. 10-10352 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | x | |

**NOTICE OF: (I) ENTRY OF ORDER CONFIRMING FIRST AMENDED JOINT LIQUIDATING PLAN OF SP WIND DOWN INC., F/K/A SPHERIS INC., AND ITS AFFILIATED DEBTORS, AS CONFIRMED; AND (II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE THAT:**

1. On August 26, 2010, the United States Bankruptcy Court for the District of Delaware entered an order (the "Confirmation Order") [Docket No. 715] confirming the *First Amended Joint Liquidating Plan of SP Wind Down Inc., f/k/a Spheris Inc., and its Affiliated Debtors, As Confirmed*, dated August 26, 2010 (as confirmed, the "Plan"). If you want to request a copy of the Confirmation Order or the Plan, you may (a) visit the website maintained by The Garden City Group, Inc., the claims and voting agent in these cases (the "Claims and Voting Agent"), at http://www.gardencitygroup.com/cases/SPWinddown, (b) contact by written request (at your cost) the Claims and Voting Agent at The Garden City Group, Inc., P.O. Box 9574, Dublin, Ohio 43017-4874, or (c) visit the Bankruptcy Court's website: www.deb.uscourts.gov. In addition, copies of these documents are on file with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware, 19801. Capitalized terms used but not defined herein have the meanings given them in the Plan.

2. On September 20, 2010, the "Effective Date" occurred with respect to the Plan.

3. Pursuant to Section 2.02 of the Plan and paragraph 14 of the Confirmation Order, unless required to be filed by an earlier date by another order of the Bankruptcy Court,[2] all requests for payment of Administrative Expense Claims accruing on or after May 1, 2010, other

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) SP Wind Down Inc., f/k/a/ Spheris Inc. (5254); (ii) SP Wind Down Holding II, Inc., f/k/a Spheris Holding II, Inc. (7969); (iii) SP Wind Down Canada Inc., f/k/a Spheris Canada Inc. (9757); (iv) SP Wind Down Leasing LLC, f/k/a Spheris Leasing LLC (4780); (v) SP Wind Down Operations LLC, f/k/a Spheris Operations LLC (1371); and (vi) VN Wind Down Communications, f/k/a Vianeta Communications (1121). The Debtors' executive headquarters are located at 9009 Carothers Parkway, Suite C-3, Franklin, Tennessee 37067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

than: (i) a Fee Claim; (ii) an Administrative Expense Claim that has been Allowed on or before the Effective Date; and (iii) a Claim for U.S. Trustee Fees, must be submitted to the Claims and Voting Agent and be served on the Reorganized Debtors and their counsel, and the Liquidation Trustee and counsel to the Liquidation Trust, so as to be received by 5:00 p.m. (prevailing Eastern Time) on the date that is forty (40) days after service of this Notice, (i.e., November 1, 2010). Such request must include at a minimum: (i) the name of the Debtor(s) that are purported to be liable for the Administrative Expense Claim; (ii) the name of the holder of the Administrative Expense Claim; (iii) the amount of the Administrative Expense Claim; (iv) the basis of the Administrative Expense Claim; and (v) supporting documentation for the Administrative Expense Claim. The holder of an Administrative Expense Claim accruing from the Petition Date through April 30, 2010 must file an administrative expense request in accordance with the Bar Date Order. For the avoidance of doubt, Section 2.02 of the Plan shall not be applicable to any Indenture Trustee Fee Claim, which Indenture Trustee Fee Claim shall be paid pursuant to Section 6.07 of the Plan. **FAILURE TO FILE AND SERVE SUCH NOTICE OR REQUEST TIMELY AND PROPERLY SHALL RESULT IN THE ADMINISTRATIVE EXPENSE CLAIM BEING FOREVER BARRED AND DISCHARGED.**

4. Pursuant to Section 2.03 of the Plan and paragraph 15 of the Confirmation Order, unless required to be filed by an earlier date by another order of the Bankruptcy Court, all requests for payment or any other means of preserving and obtaining payment of a Fee Claim that arose prior to the Effective Date and that was not already paid, released, or otherwise settled must be filed with the Bankruptcy Court and served on the Reorganized Debtors and their counsel, the Liquidation Trustee and counsel for the Liquidation Trust, the U.S. Trustee, and former counsel to the Creditors' Committee by no later than forty-five (45) days after the Effective Date (i.e., November 4, 2010), or such extended date as the Bankruptcy Court may allow. **FAILURE TO FILE AND SERVE SUCH FEE APPLICATION TIMELY AND PROPERLY SHALL RESULT IN THE FEE CLAIM BEING FOREVER BARRED AND DISCHARGED.**

5. Pursuant to Article IX of the Plan and paragraph 12 of the Confirmation Order, all proofs of claim with respect to Claims arising from the rejection of the executory contracts and unexpired leases pursuant to the Confirmation Order shall, unless another order of the Bankruptcy Court provides for an earlier date, be filed by 4:00 p.m. (prevailing Eastern Time) on the date that is thirty (30) days after the Effective Date (i.e., October 20, 2010), and such proofs of claim must otherwise comply with the Bar Date Order. **ANY SUCH CLAIMS NOT FILED WITHIN SUCH APPLICABLE TIME PERIODS ARE FOREVER BARRED FROM RECEIVING A DISTRIBUTION FROM THE DEBTORS, THE REORGANIZED DEBTORS OR THE ESTATES.**

Dated: September 20, 2010
Wilmington, Delaware

*[signature]*

Russell C. Silberglied (No. 3462)
Lee E. Kaufman (No. 4877)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for the Liquidating Trustee*