# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| SP Wind Down Inc., f/k/a Spheris Inc., | ) Case No. 10-10352 (KG) |
| Debtor. | ) Re: Docket No. 1011 |

## FINAL DECREE CLOSING THE DEBTOR'S CHAPTER 11 CASE

Upon consideration of the motion (the "Motion")[1] of the SP Wind Down Trust, by and through Walter A. Jones as Liquidation Trustee, pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 5009-1, for entry of a final decree in the above-captioned chapter 11 case (the "Chapter 11 Case"); and it appearing that SP Wind Down's estate has been fully administered; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Bankruptcy Court and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. Any objections to the entry of this Order or the relief granted herein and requested in the Motion that have not been withdrawn, waived or settled, and all reservations of rights included therein, are hereby OVERRULED and DENIED on the merits.

3. The case of SP Wind Down Inc., f/k/a Spheris Inc. [Case No. 10-10352 (KG)] is hereby CLOSED.

---

[1] Capitalized terms used, but not otherwise defined herein, shall be given the same meaning ascribed to them in the Motion.

RLF1 5688249v. 1

4. Within ten (10) business days of the entry of this Final Decree, the Liquidation Trustee, on behalf of the Liquidation Trust, shall pay to the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") all outstanding statutory fees owed on account of SP Wind Down to the U.S. Trustee in accordance with either applicable law or any agreement between the Liquidation Trustee and the U.S. Trustee; provided that, in the event statutory fees are not paid as set forth herein, the U.S. Trustee shall have the right to reopen the Chapter 11 Case to seek compliance with this provision of the Final Decree.

5. This Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of the Plan and this Order.

Dated: December 19, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE